Opinion issued February, 2003










In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01237-CV

____________


WANDA SEALS, Appellant


V.


OPTIMUM INCOME PROPERTIES, L.L.C., Appellee






On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 774230






O P I N I O N

 Appellant has filed a motion to dismiss her appeal, stating that the parties have
settled. No opinion has issued. Accordingly, the motion is granted, and the appeal
is dismissed without prejudice. Tex. R. App. P 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Jennings.

Do not publish. Tex. R. App. P. 47.